BARNES, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department.

May 4, 1910.) Action by Charles W. Barnes against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs, on the authority of Carleton v. New York Cent. & H. R. R. Co., 121 N. Y. Supp. 997, recently decided by Appellate Division, First Department.